UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Darnell Brown, Jeremiah Jones, Ronald Turner, and Terri Coleman, and, on behalf of themselves and others similarly situated in the proposed FLSA Collective Action, <br><br> Plaintiffs, <br><br> – against – <br><br> CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE RESERVE CORP., CE FLAGGING PLUS CORP., ARGANI, INC., HASSAN SABLINI, and JEANNINE NAPOLEONE-COLBERT, <br><br> Defendants. | 1:23-cv-03029 <br><br> **STIPULATION** |

WHEREAS The parties are engaged in settlement discussions, have agreed in principle, and are reviewing draft settlement agreement language.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

The time for Defendants CE Solutions Group, LLC, CE Solutions, Inc., CE Reserve Corp., CE Flagging Plus Corp., Argani, Inc. Hassan Siblini and Jeannine Napoleone-Colbert to move or otherwise respond to the Complaint in the above-captioned action is hereby extended to October 2, 2023.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

DATED:  New York, New York
              August 30, 2023

| **Levin-Epstein & Associates, P.C.** | **PHILLIPS NIZER LLP** |
|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Defendants CE Solutions Group LLC, CE Solutions Inc., and Jeannine Napoleone-Colbert* |
| By: /s/ Jason Mizrahi<br>  Jason Mizrahi, Esq.<br>  60 East 42 Street, Suite 4700<br>  New York, New York 10165<br>  (212) 792-0048<br>  jason@levinepstein.com | By: */s/ Benjamin A. Rosenwein*<br>  Benjamin A. Rosenwein, Esq.<br>  485 Lexington Avenue, 14th Floor<br>  New York, New York 10017<br>  (212) 977-9700<br>  brosenwein@phillipsnizer.com |

SO ORDERED:

_____
U.S.D.J.