**PHILLIPS NIZER**LLP

Benjamin A. Rosenwein

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

www.phillipsnizer.com

New York • New Jersey

September 8, 2023

**Via Electronic Filing (ECF) to PACER**
United States District Court Judge Jessica G. L. Clarke
Southern District
500 Pearl Street
New York, NY 100007

Re:   Brown et al. CE Solutions Group, LLC et al Docket No.:1:23-cv-03029-JGLC

Dear Judge Clarke,

This firm is counsel for Defendants CE Solutions Group LLC, CE Solutions Inc., and Jeannine Napoleone-Colbert. Pursuant to the Court's Notice dated August 15, 2023, docket number 32, we are writing to the Court to file a joint letter with Plaintiffs' counsel about the status of the case.

The parties have orally agreed to a settlement, which would resolve all disputes between the parties. The parties are currently getting signatures on the settlement papers. We anticipate that the agreement should be fully executed within the next few weeks.

Sincerely,

/s/Benjamin A. Rosenwein

Benjamin A. Rosenwein

cc:  Counsel for Plaintiffs

3643958.1