# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165 T: 212.792-0048 • E: Jason@levinepstein.com

October 11, 2023

*Via ECF*
The Honorable Jessica G. L. Clarke, U.S.D.J
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    *Brown et al v. CE Solutions Group, LLC et al*
                   **Case No.: 23-cv-03029**

Dear Honorable Judge Clarke,

      This law firm represents Plaintiffs Darnell Brown, Jeremiah Jones, Ronald Turner, Terri Coleman, Phillip Barnes, Charles Shokanji, Joseph Miranda, Andres Reyes, Smithfuerte Reyes, Jadrien Smith, Melissa Thompson and Ticky Rowe (collectively, the "Plaintiffs") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants CE Solutions Group, LLC, CE Solutions Inc. and Jeannine Napoleone-Colbert (collectively, the "Defendants").

      Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves as a request to extend the parties' deadline to respond to Your Honor's September 11, 2023 Order [Dckt. No. 37] from October 11, 2023 to, through and including, November 11, 2023.

      This is the first request of its nature. If granted, this request would not affect any other Court scheduled deadlines.

      The basis of this request is that the parties are still working on finalizing the necessary paperwork to effectuate the disposition of this matter.

      Thank you, in advance, for your time and attention to this matter.

                                        Respectfully submitted,

                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                        By:  */s/ Jason Mizrahi*
                                                Jason Mizrahi
                                                60 East 42nd Street, Suite 4700
                                                New York, New York 10165
                                                Tel. No.: (212) 792-0048
                                                Email: Jason@levinepstein.com
                                                *Attorneys for Plaintiffs*

VIA ECF: All Counsel