UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL BROWN, et al.,

                      Plaintiffs,

-against-

CE SOLUTIONS GROUP, LLC, et al.,

                      Defendants.

23-CV-3029 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court has received the parties' stipulation, which notes that the parties are waiting for Plaintiffs' counsel to withdraw their representation of one Plaintiff. *See* ECF No. 47. The Court has also received *ex parte* e-mail communications from one of the plaintiffs ("Plaintiff") in this matter. The *ex parte* communications contain privileged information and do not seek relief from the Court. For those reasons, the Court has not, and is not inclined to, docket these emails. The Court alerted Plaintiff's counsel about these communications and directed Plaintiff's counsel to instruct Plaintiff not to send *ex parte* communications to the Court. Nevertheless, the Court received another communication from Plaintiff thereafter.

    Accordingly, it is hereby ORDERED that by **December 8, 2023**, Plaintiff's counsel shall file a letter updating the Court as to whether counsel has resolved the issues raised by Plaintiff's communication or shall file a motion to withdraw as Plaintiff's counsel. Plaintiff's counsel is further directed to provide a copy of this order to Plaintiff.

Dated: December 4, 2023
       New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            JESSICA G. L. CLARKE
                                            United States District Judge