UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARNELL BROWN, et al.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>CE SOLUTIONS GROUP, LLC, et al.,<br><br>         Defendants. | 23-CV-3029 (JGLC)<br><br>**NOTICE TO COUNSEL** |

JESSICA G. L. CLARKE, United States District Judge:

  The Court has received an *ex parte* communication from Jeremiah Jones, one of the Plaintiffs in the matter. This is separate from the communications the Court received from Plaintiff Terri Coleman, *see* ECF No. 48. The Court is forwarding the substance of the communications from Plaintiff Jeremiah Jones to Plaintiff's counsel of record in this case and will await counsel's *ex parte* response before taking any further steps.

  Plaintiff's counsel is directed to provide a copy of this notice to Plaintiff Jeremiah Jones.

Dated: December 6, 2023
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge