UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL BROWN, et al.,

                          Plaintiffs,

          -against-

CE SOLUTIONS GROUP, LLC, et al.,

                          Defendants.

23-CV-3029 (JGLC)

**NOTICE TO COUNSEL**

JESSICA G. L. CLARKE, United States District Judge:

The Court has received *ex parte* communications from Darnell Brown and Joseph

Miranda, two of the Plaintiffs in the matter. The Court is forwarding the substance of the

communications from Plaintiffs Darnell Brown and Joseph Miranda to Plaintiffs' counsel of

record in this case and will await counsel's *ex parte* response before taking any further steps.

Plaintiffs' counsel is directed to provide a copy of this notice to Plaintiffs Darnell Brown

and Joseph Miranda.

Dated:  December 8, 2023
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge