# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

December 11, 2023

**Via ECF**
The Honorable Jessica G. L. Clarke, U.S.D.J
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   *Brown et al v. CE Solutions Group, LLC et al*
<span style="margin-left: 3em">**Case No.: 23-cv-03029**</span>

Dear Honorable Judge Clarke,

  This law firm represents Plaintiffs Darnell Brown, Jeremiah Jones, Ronald Turner, Terri Coleman, Phillip Barnes, Charles Shokanji, Joseph Miranda, Andres Reyes, Smithfuerte Reyes, Jadrien Smith, Melissa Thompson and Ticky Rowe (collectively, the "Plaintiffs") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants CE Solutions Group, LLC, CE Solutions Inc. and Jeannine Napoleone-Colbert (collectively, the "Defendants").

  Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves as a request to extend the parties' deadline to submit a settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015), from December 13, 2023 to, through and including, January 15, 2023.

  This is the third request of its nature. If granted, this request would not affect any other Court scheduled deadlines.

  The basis of this request is that the parties are still working on finalizing the necessary paperwork to effectuate the disposition of this matter. A second, independent basis also necessitates the instant request. The undersigned law firm is in the process of re-confirming each individual Plaintiff's commitment to the settlement-in-principle that was previously reached in this action. As of the date of this filing, the undersigned law firm has re-confirmed the commitment of six (6) of the Plaintiffs[1], both orally and in writing.

  Of the remaining six (6) Plaintiffs[2], the undersigned law firm is in the process of withdrawing as counsel for Plaintiff Terri Coleman. [*See* Dckt. Nos. 53-55]. The undersigned law firm is still in the process of re-confirming the commitment of the remaining five (5) Plaintiffs.

---

[1] *To wit*, Plaintiffs: (i) Andres Reyes; (ii) Jadrien Smith; (iii) Melissa Thompson; (iv) Phillip Barnes; (v) Ronald Turner; and (vi) Smithfuerte Reyes.
[2] *To wit*, Plaintiffs: (i) Darnell Brown; (ii) Jeremiah Jones; (iii) Joseph Miranda; (iv) Shokanji Charles; (v) Terri Coleman; and (vi) Ticky Rowe.

The parties anticipate being in a position to finalize the necessary paperwork to effectuate the dismissal of the instant action, on or before January 15, 2023.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

VIA ECF: All Counsel

Application GRANTED. The deadline is extended to January 15, 2024. Further extensions are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 57.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: December 12, 2023
       New York, New York