UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL BROWN, et al.,

                         Plaintiffs,

-against-

CE SOLUTIONS GROUP, LLC, et al.,

                         Defendants.

23-CV-3029 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    It is hereby ORDERED that all parties appear for a conference with the Court on **January 4, 2024** at **2:00 p.m.** The conference will be held remotely via Microsoft Teams. At the conference, counsel for Plaintiff shall be prepared to discuss whether Plaintiff Terri Coleman has or plans to find new counsel, or will litigate this case *pro se* in the event counsel's motion to withdraw is granted. All counsel shall be prepared to discuss the impact of Plaintiff counsel's request to withdraw on the parties' ongoing settlement discussions, particularly with respect to Ms. Coleman's claims, and to otherwise be prepared to provide an update on the status of settlement discussions.

Dated:  December 19, 2023
          New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*
                                            _____
                                            JESSICA G. L. CLARKE
                                            United States District Judge