UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL BROWN, et al.,

                Plaintiffs,

-against-

CE SOLUTIONS GROUP, LLC, et al.,

                Defendants.

23-CV-3029 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Felipe Cabral is not a party to the settlement agreement or the stipulation of dismissal and therefore his claims are not dismissed. The Court notes that the consent to sue filed in this case authorizes claims against CMI Custom Metal Crafters, not the Defendants named in the instant action. *See* ECF No. 16. As such, Plaintiff Cabral's counsel is directed to file a letter by **February 9, 2024** updating the Court on the status of his case.

Dated: February 2, 2024
       New York, New York

                                          SO ORDERED.

                                          JESSICA G. L. CLARKE
                                          United States District Judge