UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRI COLEMAN,

                      Plaintiff,

-against-

CE SOLUTIONS GROUP, LLC, et al.,

                      Defendants.

23-CV-3029 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Terri Coleman ("Plaintiff") was ordered to file a letter by February 23, 2024 indicating if she still intends to pursue her case. The deadline to file the letter has passed. Plaintiff is hereby ORDERED to file the letter with the Court no later than **March 15, 2024**. If the Court does not received a letter indicating that Plaintiff intends to pursue her case, the case may be dismissed for failure to prosecute.

      As new counsel has not appeared on behalf of Plaintiff, Plaintiff is now deemed to be proceeding without counsel, that is *pro se*. As ordered previously, Plaintiff shall update her address and/or email address of record with the *Pro Se* Intake Unit, 500 Pearl St., Room 205, New York, NY 10007. *See* ECF No. 71. Plaintiff is ORDERED to update her address and/or email address of record by **March 15, 2024**.

      Plaintiff is encouraged to submit all filings as PDFs by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. *Pro se* parties who are unable to use email may still submit documents by regular mail to the Daniel Patrick Moynihan Courthouse, *Pro Se*

2

Intake Unit, 500 Pearl St., Room 205, New York, NY 10007, or in person at the drop box located at the U.S. Courthouse at 500 Pearl Street.

Dated: March 1, 2024
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
