UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Darnell Brown, Jeremiah Jones, Ronald Turner,
and Terri Coleman, and *on behalf of themselves
and others similarly situated in the proposed*
FLSA collective Action,

                          Plaintiffs,                  CASE No:1:23-cv-03029

      -*against*-                                     NOTICE OF APPEARANCE

CE Solutions Group, LLC, CE Solutions Inc., CE
Reserve Corp., CF Falgging Plus Corp., Argani
Inc., Hassan Siblimi , ad Jeannie Napoleone-
Colbert,

                          Defendants,
-----------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the undersigned, an attorney duly licensed to practice law before the Courts of the State of New York, hereby appears for the Plaintiff, Terri Coleman, for the above caption matter, and respectfully requests that all papers, notices and documents in this action be served upon the undersigned at the office listed below.

Dated: March 11th, 2024
       White Plains, NY

                                                 Respectfully submitted,

                                                 James Lenihan
                                                 Attorney for Plaintiff
                                                 Lenihan & Associates
                                                 245 Main Street - Suite 120
                                                 White Plains, NY 10601
                                                 (914) 949-8855 (t)
                                                 (914) 682-0585 (fax)