UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRI COLEMAN,

                Plaintiff,

-against-

CE SOLUTIONS GROUP, LLC, et al.,

                Defendants.

23-CV-3029 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

       Plaintiff Terri Coleman ("Plaintiff") was ordered to file a letter by February 23, 2024 indicating if she still intends to pursue her case. ECF No. 71. Plaintiff did not file the letter. Plaintiff was then ordered to file a letter by March 15, 2024 indicating if she still intends to pursue her case. ECF No. 78. On March 13, 2024, counsel appeared for Plaintiff. ECF No. 79. To date, no letter has been filed. Plaintiff is hereby ORDERED to file the letter with the Court no later than **March 29, 2024**. If the Court does not receive a letter indicating that Plaintiff intends to pursue her case, the case may be dismissed for failure to prosecute.

Dated: March 22, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge