UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TERRI COLEMAN,

                                 Plaintiff,

                                 Docket No: 23-cv-3029(JGLC)

     v.

                                 **JUDGMENT**

CE SOLUTIONS GROUP LLC, ET AL.,

                                 Defendants.
-----------------------------------------------------------x

On May 29, 2024, Defendants CE SOLUTIONS GROUP LLC, CE SOLUTIONS INC., CE RESERVE CORP., CE FLAGGING PLUS CORP., ARGANI INC., HASSAN SIBLINI, and JEANNINE NAPOLEONE-COLBERT ("Defendants") served its Rule 68 Offer of Judgment on Plaintiff TERRI COLEMAN ("Plaintiff") via electronic mail.

On May 31, 2024, Plaintiff filed Plaintiff's Notice of Acceptance of the Rule 68 Offer of Judgment along with the Rule 68 Offer of Judgment annexed thereto and made a part thereof pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED and ADJUDGED as follows:

That Plaintiff has judgment against Defendants in the amount of Thirty Thousand Dollars ($30,000.00) which is inclusive of attorneys' fees and costs.

The Clerk of the Court is respectfully directed to CLOSE the case.

Dated: New York, New York
      ~~June~~ ~~May~~ 5, 2024

                                                          *Jessica Clarke*
                                                          HON. JESSICA G. L. CLARKE
                                                          US DISTRICT JUDGE

3764054.1